UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE A. BELL,

          Plaintiff,

v.

HEIDI WASHINGTON, et al.,

          Defendants.

Case No. 2:21-cv-12481

HONORABLE STEPHEN J. MURPHY, III

_____/

## ORDER STRIKING SUR-REPLY [61]

A fully briefed motion for summary judgment is pending before the Court. ECF 39; 49–51. Plaintiff filed an "objection[] to MDOC Defendants' Reply Brief." ECF 61, PgID 672. But Plaintiff did not move for leave to file a sur-reply. At any rate, "[s]ur-replies generally are disfavored." *NOCO Co. v. Shenzhen Valuelink E-Com. Co.*, 550 F. Supp. 3d 488, 499 (N.D. Ohio 2021). The Court rarely allows a party to file a sur-reply. The Court will allow a sur-reply "when new submissions and/or arguments are included in a reply brief, and a nonmovant's ability to respond to the new evidence has been vitiated." *Seay v. TVA*, 339 F.3d 454, 481 (6th Cir. 2003) (citations omitted). But Defendants raised no new arguments in their reply brief. *See* ECF 51. The Court will therefore deny Plaintiff leave to file a sur-reply and order the Clerk of the Court to strike the filing, ECF 61.

The Court will again "advise Plaintiff that he should avoid filing future motions [or other filings] that are similarly frivolous." ECF 47, PgID 552. Failure to

1

heed the Court's final warning will require Plaintiff to seek leave from the Court before he can submit any future filings.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **STRIKE** Plaintiff's objection [61].

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
